IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | No. 1:17-cv-03688 |
| Plaintiff, ) | |
| v. ) | Hon. John Robert Blakey, Judge |
| ) | |
| HARPERCOLLINS PUBLISHERS LLC and ) | |
| LAURA KIPNIS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants Laura Kipnis and HarperCollins Publishers LLC, by and through their undersigned attorneys, respectfully move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to issue an order dismissing the Complaint with prejudice.

For the reasons set forth in the accompanying memorandum of law, the Declaration of Matthew E. Kelley and the exhibits thereto, Plaintiff cannot state any plausible claim for relief. Accordingly, Defendants ask that this Court dismiss the Complaint with prejudice.

Dated:   July 21, 2017                                       Respectfully submitted,

By: */s/ Lauren J. Caisman*

| | |
|---|---|
| Brian A. Sher | Katherine M. Bolger (*pro hac vice*) |
| Lauren J. Caisman | LEVINE SULLIVAN KOCH & |
| BRYAN CAVE LLP | SCHULZ, LLP |
| 161 North Clark Street, Suite 4300 | 321 W. 44th Street, Suite 1000 |
| Chicago, IL 60601 | New York, NY 10036 |
| Telephone: (312) 602-5000 | Telephone: (212) 850-6100 |
| Facsimile: (312) 602-5050 | Facsimile: (212) 850-6299 |
| | |
| | Matthew E. Kelley (*pro hac vice*) |
| | LEVINE SULLIVAN KOCH & |
| | SCHULZ, LLP |
| | 1899 L Street NW, Suite 200 |

Washington, DC  20036
Telephone:  (202) 508-1100
Facsimile:  (202) 861-9888

*Counsel for Defendants HarperCollins Publishers LLC and Laura Kipnis*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of July 2017, a true and correct copy of the above and foregoing was sent via the Court's CM/ECF System to all counsel of record.

*/s/ Lauren J. Caisman*
*Attorney for Defendants*