IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | No. 1:17-cv-03688 |
| Plaintiff, ) | |
| v. ) | Hon. John Robert Blakey, Judge |
| ) | |
| HARPERCOLLINS PUBLISHERS LLC and ) | |
| LAURA KIPNIS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## UNCONTESTED MOTION TO WITHDRAW APPEARANCE OF MATTHEW E. KELLEY, ESQ.

Pursuant to Local Rule 83.17, Matthew E. Kelley of Levine Sullivan Koch & Schulz, LLP, hereby moves this Court for leave to withdraw his appearance as counsel of record for Defendants HarperCollins Publishers LLC and Laura Kipnis in the above-captioned action. Attorneys Brian A. Sher and Lauren J. Caisman of Bryan Cave LLP and Katherine M. Bolger of Davis Wright Tremaine, LLP, have filed appearances on behalf of Defendants and will continue to represent Defendants in the above-captioned action. Counsel for Plaintiff has stated that she does not oppose this motion.

Dated:   August 2,  2017                           Respectfully submitted,


By:   /s/Matthew E. Kelley

| | |
|---|---|
| Brian A. Sher | |
| Lauren J. Caisman | Matthew E. Kelley (*pro hac vice*) |
| BRYAN CAVE LLP | LEVINE SULLIVAN KOCH & |
| 161 North Clark Street, Suite 4300 | SCHULZ, LLP |
| Chicago, Illinois 60601 | 1899 L Street NW, Suite 200 |
| Telephone: (312) 602-5000 | Washington, DC  20036 |
| Facsimile: (312) 602-5050 | Telephone:  (202) 508-1100 |

Facsimile: (202) 861-9888

Katherine M. Bolger (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020
Telephone: (212) 489-4068
Facsimilie: (212) 489-8340

*Counsel for Defendants HarperCollins Publishers LLC and Laura Kipnis*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August 2017, a true and correct copy of the above and foregoing was sent via the Court's CM/ECF System to all counsel of record.

/s/Matthew E. Kelley
*Attorney for Defendants*