IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | No. 1:17-cv-03688 |
| Plaintiff, ) | |
| v. ) | Hon. John Robert Blakey, Judge |
| ) | |
| HARPERCOLLINS PUBLISHERS LLC and ) | |
| LAURA KIPNIS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF UNCONTESTED MOTION TO WITHDRAW APPEARANCE OF MATTHEW E. KELLEY, ESQ.

PLEASE TAKE NOTICE that on Tuesday, August 8, 2017, at 9:45 a.m., counsel will appear before the Honorable John Robert Blakey, or any judge sitting in his stead, in Courtroom 1725 of the U.S. District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and shall present the Uncontested Motion to Withdraw Appearance of Matthew E. Kelley, Esq. as counsel of record for Defendants HarperCollins Publishers LLC and Laura Kipnis.

Dated: August 2, 2017            Respectfully submitted,

                                 By: /s/Matthew E. Kelley

Brian A. Sher
Lauren J. Caisman                Matthew E. Kelley (*pro hac vice*)
BRYAN CAVE LLP                   LEVINE SULLIVAN KOCH &
161 North Clark Street, Suite 4300   SCHULZ, LLP
Chicago, Illinois 60601          1899 L Street NW, Suite 200
Telephone: (312) 602-5000        Washington, DC 20036
Facsimile: (312) 602-5050        Telephone: (202) 508-1100
                                 Facsimile: (202) 861-9888

                                 Katherine M. Bolger (*pro hac vice*)

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas
21st Floor
New York, NY 10020
Telephone: (212) 489-4068
Facsimilie: (212) 489-8340

*Counsel for Defendants HarperCollins Publishers LLC and Laura Kipnis*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August 2017, a true and correct copy of the above and foregoing was sent via the Court's CM/ECF System to all counsel of record.

/s/Matthew E. Kelley
*Attorney for Defendants*
