UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Jane Doe
                        Plaintiff,

v.                                             Case No.: 1:17−cv−03688
                                                         Honorable John Robert Blakey

Harpercollins Publishers, LLC, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 6, 2017:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 12/6/2017. Defendant's motion to dismiss [24] is taken under advisement and will be ruled on by separate order. Oral agreed motion to stay case until 1/23/2018 is granted. Status hearing set for 1/23/2018 at 9:45 a.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.