UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Jane Doe
           Plaintiff,

v.                Case No.: 1:17−cv−03688
               Honorable John Robert Blakey

Harpercollins Publishers, LLC, et al.
           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 19, 2018:

  MINUTE entry before the Honorable John Robert Blakey: On the Court's own motion, the status hearing previously set for 1/23/18 is stricken and reset for 3/7/18 at 9:45 a.m. in Courtroom 1203. The stay imposed on 12/6/17 remains in place pending further order. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.