UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Jane Doe
          Plaintiff,

v.                                                                                           Case No.: 1:17−cv−03688
                                                                                    Honorable John Robert Blakey

Harpercollins Publishers, LLC, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 7, 2018:

      MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 3/7/2018. Any answer shall be filed on or before 3/28/2018. Rule 26(a)(1) disclosures shall be filed on or before 4/6/2018. Written discovery shall issue on or before 4/23/2018. Fact discovery shall be completed on or before 12/6/2018. Status hearing set for 11/15/2018 at 9:45 a.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.