**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Jane Doe

                        Plaintiff,

v.                                             Case No.: 1:17−cv−03688
                                               Honorable John Robert Blakey

Harpercollins Publishers, LLC, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 21, 2018:

      MINUTE entry before the Honorable John Robert Blakey: The parties' joint motion for entry of protective order [52] is granted. Enter Agreed Confidentiality Order. The 5/29/18 Notice of Motion date is stricken, and the parties need not appear. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.