UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Jane Doe
                    Plaintiff,

v.                                         Case No.: 1:17−cv−03688
                                           Honorable John Robert Blakey

Harpercollins Publishers, LLC, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 25, 2018:

MINUTE entry before the Honorable Sheila M. Finnegan: The 7/26/2018 settlement conference will be rescheduled at the request of Defendants' counsel and without objection. The parties are directed to contact the Courtroom Deputy (312−408−5110) by 8/1/2018 to arrange a new date for the settlement conference.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.