UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Jane Doe
                               Plaintiff,

v.                                              Case No.: 1:17−cv−03688
                                                             Honorable John Robert Blakey

Harpercollins Publishers, LLC, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 11, 2018:

      MINUTE entry before the Honorable John Robert Blakey: On the Court's own motion, the status hearing previously set for 11/15/2018 at 9:45 a.m. is reset for 11/15/2018 at 1:00 p.m. in Courtroom 1203. (Note Time Change Only) Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.